M. DYSTHE et al., Appellants, v. ALEMITE CORPORATION.

No. 10524.

Circuit Court of Appeals, Eighth Circuit.

Nov. 16, 1936.

John E. Stryker and John E. Stryker, Jr., both of St. Paul, Minn., for appellants.

Lynn A. Williams, of Chicago, Ill., and Orren E. Safford, of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal dismissed at costs of appellant, on motion of appellee for failure to print record and file briefs as required by rules 13 and 14 of this court.

EDWARD SECURITIES CORP. v. COMMISSIONER OF INTERNAL REVENUE.

No. 5959.

Circuit Court of Appeals, Seventh Circuit.

Oct. 15, 1936.

Harry N. Wyatt, of Chicago, Ill., for petitioner.

Robert H. Jackson, of Washington, D. C., for respondent.

Before EVANS, Circuit Judge.

PER CURIAM.

Pursuant to the above stipulation, it is hereby ordered, adjudged, and decreed by the court that this case be remanded to the Board of Tax Appeals, with direction to enter an order that there are now no deficiencies in income taxes of the petitioner for the years 1924, 1925, 1926, 1927, 1928, and 1929.

Jacob ENGLANDER, etc., Appellant, v. SOCIETE ANONYME DE LA BENEDICTINE DISTILLERIE, etc.

No. 5719.

Circuit Court of Appeals, Third Circuit.

May 18, 1936.

On Rehearing Dec. 9, 1936.

Louis B. Englander, of Newark, N. J., for appellant.

Asher Blum, of New York City, and Alexander T. Schenck, of Newark, N. J. (Mock & Blum, of New York City, of counsel), for appellee.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

PER CURIAM.

This case involves the trade-mark rights to the manufacture of Benedictine, a well-known French liquer. The litigated cases over the right to that name will be found in many places in legal literature and call for no restatement here.

After careful examination of the proofs we are satisfied the court below committed no error in its decree enjoining the defendants from using the word "Benedictine" in the sale of their product.

So holding, the decree below is affirmed.